Vahe Khojayan (SBN261996)
Sasoon Sardarian (SBN235088)
KG Law, APC
1010 N. Central Ave. Ste 450
Glendale, CA  91202
Tel: (818) 280-4280
Fax: (818) 280-4281
E-mail: vahe@kglawapc.com

Attorneys for Plaintiff
TITUS EMIL IOVITA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>　TITUS EMIL IOVITA<br><br>　　　　　　　　　Debtors. | Case No: 2:20-bk-19727-ER<br><br>Adversary Case No:  2:21-ap-01022-ER<br>　　　　　　　　　　　　2:21-ap-01024-ER |
| TITUS EMIL IOVITA<br>　　　　　　　　Plaintiff<br>v.<br><br>SIBONEY MONGE, MALIBU RECONVEYANCE, LLC,<br><br>　　　　　　　　Defendant(s) | Chapter  11<br><br>**PLAINTIFF TITUS EMIL IOVITA'S STATUS REPORT**<br><br>Mediation date: 08/23/2022 |

　　　Plaintiff and Debtor herein, TITUS EMIL IOVITA ("Plaintiff"), through his attorneys Vahe Khojayan hereby submits this status report concerning mediation.

　　　1.  The parties selected Kathy Bazoian Phelps as their mediator.

　　　2.  The mediation was held on August 23, 2022 via zoom teleconference.

　　　3.  The case was not settled.

– 1 –

**STATUS REPORT**

Dated:  09/20/2022

Respectfully Submitted,

By: _____

Vahe Khojayan
Attorney for Plaintiff

**STATUS REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document described as **Mediation Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/20/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Arnold L Graff on behalf of Defendant Siboney Monge
agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net
Vahe Khojayan on behalf of Plaintiff Titus Emil Iovita
vkhojayan@yklaw.us
Olivier J Labarre on behalf of Defendant Malibu Reconveyance, LLC
olabarre@wrightlegal.net, kwalsh@wrightlegal.net
Olivier J Labarre on behalf of Defendant Siboney Monge
olabarre@wrightlegal.net, kwalsh@wrightlegal.net
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **_____**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **____**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/20/2022 | Vahe Khojayan | /s/ Vahe Khojayan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**STATUS REPORT**