

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Titus Emil Iovita, Debtor. | Case No.: 2:20-bk-19727-ER |
| **Adv. No. 2:21-ap-01022-ER:** | Adv. Nos.: 2:21-ap-01022-ER and <br>       2:21-ap-01024-ER |
| Titus Emil Iovita, <br><br>                                Plaintiff, <br><br> v. <br><br> Siboney Monge and Malibu Reconveyance, LLC, <br><br>                                Defendants. | **ORDER: (1) VACATING TRIAL IN VIEW OF SETTLEMENT AND (2) SETTING STATUS CONFERENCE TO MONITOR SETTLEMENT FOR NOVEMBER 16, 2022 AT 10:00 A.M.** |
| **Adv. No. 2:21-ap-01024-ER:** <br> Siboney Monge, <br><br>                                Plaintiff, <br><br> v. <br><br> Titus Emil Iovita, <br><br>                                Defendant. | **STATUS CONFERENCE:** <br><br> Date:     November 16, 2022 <br> Time:     10:00 a.m. <br> Location: Ctrm. 1568 <br>           Roybal Federal Building <br>           255 East Temple Street <br>           Los Angeles, CA 90012 |

   The Court having entered an order consolidating the trials of the above-captioned adversary proceedings; and the parties having reached a settlement resolving both proceedings[1]; and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS**[2]:

1) The consolidated trial of the above-captioned adversary proceedings, set for October 26, 2022 at 9:00 a.m., is **VACATED**.

---

[1] Doc. No. 52, Adv. No. 2:21-ap-01022-ER.
[2] This Order will be entered in both adversary proceedings.

2) A Status Conference to monitor the settlement is set for **November 16, 2022 at 10:00 a.m.** By no later than **November 9, 2022**, the parties shall file a Joint Status Report discussing the settlement.
3) Parties may appear at the Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: October 24, 2022

Ernest M. Robles
United States Bankruptcy Judge