United States Bankruptcy Court

Central District of California

Iovita,

    Plaintiff

Adv. Proc. No. 21-01022-ER

Monge,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin            Page 1 of 2

Date Rcvd: Jan 31, 2023       Form ID: pdf031           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Titus Emil Iovita, 14919 S. Normandie Ave, Apt 8, Gardena, CA 90247-2944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Malibu Reconveyance, LLC |
| dft | | Siboney Monge |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Defendant Siboney Monge agraff@wrightlegal.net bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| Arnold L Graff | on behalf of Defendant Malibu Reconveyance  LLC agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net |
| Olivier J Labarre | on behalf of Defendant Siboney Monge olabarre@wrightlegal.net  kwalsh@wrightlegal.net |

District/off: 0973-2                      User: admin                          Page 2 of 2
Date Rcvd: Jan 31, 2023                   Form ID: pdf031                       Total Noticed: 1

Olivier J Labarre
                    on behalf of Defendant Malibu Reconveyance  LLC olabarre@wrightlegal.net, kwalsh@wrightlegal.net

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov

Vahe Khojayan
                    on behalf of Plaintiff Titus Emil Iovita vkhojayan@yklaw.us

Vahe Khojayan
                    on behalf of Defendant Siboney Monge vkhojayan@yklaw.us

Vahe Khojayan
                    on behalf of Defendant Malibu Reconveyance  LLC vkhojayan@yklaw.us


TOTAL: 8



FILED & ENTERED

JAN 31 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Titus Emil Iovita, Debtor. | Case No.:  2:20-bk-19727-ER |
| **Adv. No. 2:21-ap-01022-ER:** | Adv. Nos.: 2:21-ap-01022-ER and<br>2:21-ap-01024-ER |
| Titus Emil Iovita, | |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 1, 2023 AT 10:00 A.M. TO APRIL 11, 2023 AT 10:00 A.M.** |
| v. | |
| Siboney Monge and Malibu Reconveyance, LLC, | |
| Defendants. | |
| **Adv. No. 2:21-ap-01024-ER:** | |
| Siboney Monge, | |
| Plaintiff, | **CONTINUED STATUS CONFERENCE:** |
| v. | Date:       April 11, 2023 |
| Titus Emil Iovita, | Time:       10:00 a.m. |
| Defendant. | Location:  Ctrm. 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The parties have executed a Settlement Agreement resolving the above-captioned consolidated adversary proceedings (the "Adversary Proceedings"). Because Adv. No. 2:21-ap-01024-ER (the "Dischargeability Action") asserts claims under § 727, the United States Trustee (the "UST") and creditors have the opportunity to seek authorization to intervene in the Dischargeability Action for the purpose of prosecuting the § 727 claims. *See* Bankruptcy Rule 7041.

Based upon the foregoing, and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Status Conference is **CONTINUED** from February 1, 2023 at 10:00 a.m. to **April 11, 2023 at 10:00 a.m.** In the event that no party seeks to intervene in the Dischargeability Action, the Court will approve the Settlement Agreement, dismiss the Adversary Proceedings, and take the continued Status Conference off calendar. It is not necessary for the parties to file a Status Report in connection with the continued Status Conference.

2) By no later than **February 8, 2023**, the Debtor shall provide the UST and creditors notice of the opportunity to intervene in the Dischargeability Action to prosecute the § 727 claims, and shall file a proof of service of such notice.

3) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: January 31, 2023

Ernest M. Robles
United States Bankruptcy Judge